UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

| | |
|---|---|
| THE DIAZ FRITZ GROUP, INC., (d/b/a DIAZ FRITZ ISABEL), | Removed From: |
| Plaintiff, | CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CASE NO. 20-CA-002351 |
| v. | |
| WESTFIELD INSURANCE COMPANY, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, WESTFIELD INSURANCE COMPANY ("Westfield"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of the above captioned action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Tampa Division, respectfully submitting as follows:

1. On or about March 11, 2020, the Plaintiff, THE DIAZ FRITZ GROUP, INC. (d/b/a DIAZ FRITZ ISABEL)("Plaintiff") filed the instant civil action styled <u>The Diaz Fritz Group, Inc. (d/b/a Diaz Fritz Isabel) v. Westfield Insurance Company</u>, Case No. 20-CA-002351, in the Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida (the "State Court Action").

2. The Plaintiff served Westfield with the Complaint in the State Court Action on March 20, 2020. The State Court Action involves an insurance coverage dispute in which the Plaintiff has brought claims for Declaratory Judgment, Breach of Contract, and Bad Faith alleging

that Westfield wrongfully failed to defend and indemnify the Plaintiff with respect to a $361,902.44 judgment entered in an underlying lawsuit arising from improvements and additions that were constructed at University Community Hospital in Tampa, Florida.

3.  The Plaintiff is now, and at the time the action was commenced, a Florida corporation organized, incorporated and created under the laws of Florida with its headquarters and principal place of in Temple Terrace, Florida.  Thus, for jurisdictional purposes, the Plaintiff is a citizen of Florida.

4.  The Defendant, Westfield, is now, and at the time the action was commenced, a foreign corporation organized, formed and incorporated under the laws of Ohio with its headquarters and principal place of business located in Westfield Center, Ohio.  Thus, for jurisdictional purposes, Westfield is a citizen of Ohio.

5.  Pursuant to 28 U.S.C. § 1441(a), a "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants."

6.  Under 28 U.S.C. §1332 (a)(1), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States."

7.  Here, this Court has original jurisdictional over the State Court Action under 28 U.S.C. § 1332 insofar as "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs," and the Plaintiff and Westfield are citizens of different States, Florida and Ohio respectively.

8.  Pursuant to 28 U.S.C. § 1446(a), a true and correct "copy of all process, pleadings, and orders served upon Westfield is attached hereto as Exhibit "A" and filed with this Notice.

9. This Notice of Removal is being filed within thirty (30) days after receipt by Westfield of the initial pleading setting forth the claim for relief upon which the action is based and is otherwise timely pursuant to 28 U.S.C. § 1446(b).

10. Promptly after the filing of this Notice of Removal, Westfield will give written notice thereof to the Plaintiff, through its counsel, and will file a copy of this Notice of Removal in the Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida in the State Court Action as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, since all of the prerequisites for diversity jurisdiction are present, Westfield hereby removes this action from the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

DATED this 3rd day of April, 2020

**COLE, SCOTT & KISSANE, P.A.**

By: ___*John Kozak*_____
ARAM P. MEGERIAN
Florida Bar No. 57983
JOHN J. KOZAK
Florida Bar No. 123061
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9302
Facsimile (813) 286-2900
Primary email:
Aram.Megerian@csklegal.com
Secondary email:
John.Kozak@csklegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court, Middle District of Florida, by using CMIECF, thereby serving all parties of record in this case.

**COLE, SCOTT & KISSANE, P.A.**

By: ___*John Kozak*_____
ARAM P. MEGERIAN
Florida Bar No. 57983
JOHN J. KOZAK
Florida Bar No. 123061
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9302
Facsimile (813) 286-2900
Primary email:
Aram.Megerian@csklegal.com
Secondary email:
John.Kozak@csklegal.com