UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE DIAZ FRITZ GROUP, INC.,
d/b/a DIAZ FRITZ ISABEL,

    Plaintiff,

v.                                  CASE NO: 8:20-cv-00785-VMC-AAS

WESTFIELD INSURANCE
COMPANY,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that plaintiff The Diaz Fritz Group, Inc., d/b/a Diaz Fritz Isabel, appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment in favor of defendant Westfield Insurance Company and against The Diaz Fritz Group, Inc., d/b/a Diaz Fritz Isabel, entered on March 29, 2021 (Doc. 59).

                                                Respectfully submitted,

                                                /s/ *Stuart C. Markman*
                                                STUART C. MARKMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April 2021, a true and correct copy of the foregoing has been filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Stuart C. Markman*
STUART C. MARKMAN
Florida Bar No. 322571
KRISTIN A. NORSE
Florida Bar No. 965634
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601-3396
(813) 229-1118 Phone
smarkman@kmf-law.com
knorse@kmf-law.com
efilings@kmf-law.com

Appellate Counsel for Plaintiff
